UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRIPPS HEALTH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-1634-AJB(WVG)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINE ONLY**<br><br>**[Doc. No. 74]** |

　　　　On April 20, 2023, the Parties filed a Joint Motion to Extend Deadline to Complete Expert Discovery ("Joint Motion"), seeking to extend the expert discovery deadline of May 22, 2023 to June 5, 2023. (Doc. No. 74.) The Joint Motion indicates the only remaining expert discovery is eight expert depositions.  The Parties seek an extension of the expert discovery deadline "to allow the Parties to focus on preparing for a May 5, 2023 mediation and to avoid the high exposure associated with taking eight expert depositions prior to making further efforts to resolve this matter at mediation." *Id.* at 3. The Joint Motion also indicates one of the eight experts, Lydia Kam Lyew, is scheduled for surgery on May 4, 2023 and will not be released for any activity until at least three weeks post-surgery. *Id.*

Accordingly, the Court finds good cause exists to continue the current expert discovery deadline of May 22, 2023. No other dates or deadlines in the Court's Second Amended Scheduling Order (Doc. No. 26) shall be affected.

**IT IS SO ORDERED.**

Dated: April 21, 2023

Hon. William V. Gallo
United States Magistrate Judge